STATE OF NEW JERSEY v. ROSS L. COOPER.

October 29, 1974. Petition for certification denied. (See 129 *N. J. Super.* 229)

VILLAGE HEATING COMPANY, INC. v. WALTER HILLMAN.

October 29, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE EDWARD AWKWARD.

October 29, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. FRANKLIN DAVIS.

October 29, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. LOUIS S. MAROCCO.

October 29, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN PARKER, JR.

October 29, 1974. Petition for certification denied.